

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00312-CV

**FLOYD PLEASANT TARVIN IV,**

**Appellant**

 **v.**

**T.D.C.J.-I.D.,**

**Appellee**

**From the 278th District Court
Walker County, Texas
Trial Court No. 26967**

## MEMORANDUM  OPINION

Floyd Tarvin, IV filed a notice of appeal on October 9, 2014.  By letter dated February 3, 2015, this Court notified Tarvin that the appeal was subject to dismissal for want of jurisdiction.  The Clerk also warned Tarvin that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal.  *See* TEX. R. APP. P. 44.3.  Tarvin filed a response, but the response does not show that this Court has jurisdiction over the appeal.

Because there is no final appealable order in this case, we dismiss this appeal for lack of jurisdiction.


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 5, 2015
[CV06]

